UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re:  James L. Waggoner
       Trachell M. Waggoner
       **Debtor(s)**

Case No.: 09–38464

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Ben B Floyd is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 4/6/11

*[signature]*

LETITIA Z. PAUL
United States Bankruptcy Judge